# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KATELYN WEBB, on behalf of herself　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
and all others similarly situated

v.　　　　　　　　　　　　　　No. 4:17CV00660 JLH

CHELSEA SMITH, individually and in
her official capacity　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

Katelyn Webb has filed an amended complaint. Therefore, the motion to dismiss the initial complaint is DENIED AS MOOT (Document #6) without prejudice to the right of the defendant to renew the motion as to the amended complaint.

IT IS SO ORDERED this 29th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE