IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**KATELYN WEBB,** *et. al.***,**                                                                             **PLAINTIFFS**

**v.**                                      **CASE NO. 4:17-CV-00660-JLH**

**CHELSEA SMITH,** *et. al.***,**                                                                          **DEFENDANTS**

### DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

For their Motion to Dismiss Plaintiffs' Amended Complaint, Defendants state as follows:

1.  Plaintiffs Katelyn Webb, Jerimey Lay, and Tabitha Lay filed a class action Complaint alleging that Defendants failed to provide Plaintiffs with a prompt post-deprivation hearing in violation of Plaintiffs and their children's constitutional rights. (D.E. 12). The Complaint alleges that Ark. Code Ann. §12-18-1001(b) and §9-27-314(b) are unconstitutional. *Id*. Plaintiffs seek class certification based on violation of the Fourteenth Amendment rights in connection with child-maltreatment investigations which resulted in the removal of the Plaintiffs' minor children from their homes. *Id*. Plaintiffs brought various claims pursuant to 42 U.S.C. § 1983 and sought compensatory damages, punitive damages, declaratory and injunctive relief, and attorneys' fees.

2.  Defendants should be granted qualified immunity on Plaintiffs' claims. As a matter of law, Defendants' participation in the investigation is not a constitutional violation. In addition, and in any event, the removal of the children did not violate the Plaintiffs' clearly established rights.

3.  A brief in support of this motion is being filed contemporaneously with this motion.

WHEREFORE, Defendants respectfully requests that the Complaint be dismissed.

        Respectfully submitted,

        Leslie Rutledge
        Attorney General

By:   /s/ Maryna O. Jackson
        Maryna O. Jackson
        Arkansas Bar No. 2009111
        Assistant Attorney General
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Telephone: (501) 683.3296
        Fax: (501) 682.2591
        maryna.jackson@arkansasag.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I, Maryna O. Jackson, Assistant Attorney General, hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

                                                                  /s/ Maryna O. Jackson
                                                                  Maryna O. Jackson