# Davis Process Service L.L.C.

1524 S. Main Street
Little Rock, AR 72202
501-376-8379    FAX 501-376-8479

**UNITED STATES DISTRICT COURT**

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

Case Number:  4:17CV660-JHL

Date Received: 08-Jan-18

Attorney:  Luther Oneal Sutter

Attorney:

Plaintiff:  Jerimey Lay and Tabitha Lay

On Tuesday, January 09, 2018 at 08:17 AM I have duly served this

SUMMONS IN A CIVIL ACTION/NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE/FIRST AMENDED CLASS ACTION COMPLAINT

on Mischa Martin by the following manner of service: In Person at place of employment by delivering a true copy to: Mischa Martin. Address where party served: Department of Human Services - 700 Main Street, Little Rock, AR 72201.

Client No:

Fee: $60.00

Process server: Jan Caple

Subscribed and sworn to before me on Tuesday, January 09, 2018

My Commission expires 12/10/2020

Ethel S. Davis, Notary Public

AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

JERIMEY LAY and TABITHA LAY, as guardian and next friend of R.L., and C.L. and KATELYN WEBB, o )
Plaintiff )
v. )    Civil Action No. 4:17cv660-JLH
MISCHA MARTIN, individually and in her official capacity )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MISCHA MARTIN, in her official capacity

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Luther Oneal Sutter
Sutter & Gillham, P.L.L.C.
P.O. Box 2012
Benton, AR 72018
501-315-1910  Firm
501-315-1916  Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
CLERK OF COURT

Date: 12/26/17

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MISCHA MARTIN, in her official capacity
was received by me on *(date)* 1-8-18.

☒ I personally served the summons on the individual at *(place)* POE
_____ on *(date)* 1-9-18 ; or 8:17pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-9-18

_____
Server's signature

John Cribe - Process Server
Printed name and title

1524 Main St, Little Rock, AR
Server's address

Additional information regarding attempted service, etc:

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| _____ Plaintiff _____ <br> v. <br> _____ Defendant _____ | ) <br> ) <br> )  Civil Action No. _____ <br> ) <br> ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.