IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KATELYN WEBB, et al.
PLAINTIFFS

VS.                          CASE NO:  4:17-CV-00660-JLH

CHELSEA SMITH, et al.
DEFENDANTS

**RESPONSE TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

COMES NOW the Plaintiffs, by and through counsel, Sutter & Gillham, P.L.L.C., and for this Response to the Motion to Dismiss the First Amended Complaint, state:

1.  Plaintiffs have filed suit because the State their children through *ex parte* proceedings, using known false statements, without following the dictates of Arkansas law, itself unconstitutional, and in violation of their constitutional rights.  Defendants argue this is not actionable.  As explained in the accompanying Brief, Defendants are incorrect, and the Motion should be denied.

2.  Finally, Plaintiffs note that the Motion is no dispositive in light of Plaintiff's request for Declaratory and Injunctive relief under Ex Parte Young.

WHEREFORE, Plaintiff prays for an Order denying the Motion to Dismiss, and for all other proper relief.

Respectfully submitted,

By:  /s/ Joseph E. Churchwell
Joseph E. Churchwell, Ark Bar No. 2005057
Churchwell Law Officer
P.O. Box 2498
Benton, AR  72018
501-225-5563 Telephone
501-315-1916 Fax
Churchwell.law@gmail.com

and

By:  /s/ *Luther Sutter*
Luther Sutter, Ark. Bar #95031
Sutter & Gillham, PLLC
POB 2012
Benton, AR 72018
luthersutter.law@gmail.com
501-315-1910, fax 501-315-1916

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, and sent notification of such filing to the following:

Leslie Rutledge, Attorney General
Maryna.jackson@arkansasag.gov

By:  /s/ *Luther Sutter*
Luther Sutter, Ark. Bar #95031