IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATELYN WEBB, as guardian and next
friend of K.S. and D.S.; and JERIMEY LAY
and TABITHA LAY, as guardians and next
friends of R.L. and C.L. on behalf of themselves
and all others similarly situated    PLAINTIFFS

v.    No. 4:17CV00660 JLH

CHELSEA SMITH; STACY HOUCK;
MISCHA MARTIN; and CINDY GILLESPIE
individually and in their official capacities    DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Katelyn Webb, as guardian and next friend of K.S. and D.S., and Jerimey and Tabitha Lay, as guardians and next friends of R.L. and C.L., against Chelsea Smith, Stacy Houck, Mischa Martin, and Cindy Gillespie, individually and in their official capacities, that arise under the laws and constitution of the United States are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over any state-law claims, so any state-law claims that the plaintiffs have alleged are dismissed without prejudice.

IT IS SO ORDERED this 20th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE