IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KATELYN WEBB, et al                                                                           PLAINTIFFS

VS.                              CASE NO:  4:17-CV-00660-JLH

CHELSEA SMITH, et al.                                                                     DEFENDANTS

## NOTICE OF APPEAL

COMES NOW all Plaintiffs, by and through counsel, Sutter & Gillham, P.L.L.C., and for this Notice, state:

1.  Plaintiffs' appeal the grant of Defendant's Motion to Dismiss entered on 3/20/2018 and the grant of the Motion to Reconsider the Order on Plaintiff's Motion to Alter or Amend by Order dated 6/20/2018 to the extent it dismissed this action to the Circuit Court of Appeals for the 8th Circuit.

Respectfully submitted,

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910 Office
501-315-1916 Facsimile
Attorney for the Plaintiff

By: */s/ Luther Oneal Sutter*
       Luther Oneal Sutter, AR Bar No. 95031
       luthersutter.law@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing has been served on16th day of July 2018, upon counsel for the Defendant as follows:

Leslie Rutledge

                                    */s/ Luther Oneal Sutter*
                                    Luther Oneal Sutter