# TRANSMITTAL SHEET

**TO:**   Clerk, USCA 8   **DATE:** 9/20/2018

**FROM:**   U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:**   18-02541

**DISTRICT COURT NO.**   4:17-cv-00660-JLH

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date:  DE#67, Transcript of Motion Hearing filed for date of 6/18/2018
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

****************************************************************************
### USCA 8 ACKNOWLEDGMENT

RECEIPT

By: _____
Deputy Clerk