IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATELYN WEBB,** *et al.*                                                             **PLAINTIFFS**

**v.**                           **Case No. 4:17-cv-00660-BSM**

**CHELSEA SMITH,** *et al.*                                                    **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 15th day of December, 2020.

                                                             UNITED STATES DISTRICT JUDGE